UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-6222 |
| | ) | |
| Karen Sylva-Givens | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DETERMINING FINAL CURE AND PAYMENT PURSUANT TO RULE 3002.1

This Matter having been presented on the Debtor's Motion to Determine Final Cure and Payment Pursuant to Rule 3002.1 ("Motion"); due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that

1. The Motion is Granted.
2. Citimortgage shall provide a revised escrow analysis and an accounting of all funds received, within 21 days.
3. Citimortgage shall provide a ledger from the beginning of the case indicating all payments received and credited, within 21 days.
4. Citimortgage shall provide a revised accounting indicating the exact amount of alleged post-petition arrears, within 21 days.
5. If Citimortgage does not provide the above documentation within the time indicated above, the loan shall be deemed current post-petition.

Enter:

*Jacqueline P. Cox*

United States Bankruptcy Judge

Dated: 6/25/12

**Prepared by:**
Daniel J. Winter, #6208223
Law Offices of Daniel J. Winter
53 West Jackson Boulevard
Suite 725
Chicago, IL 60604
(312) 427-1613

Rev: 20120501_bko